Warrant for Arrest   Bradley P. Shepard, Assistant United States Attorney  Telephone No. (317) 226-6333   ORIGINAL

# United States District Court

**SOUTHERN** DISTRICT OF **INDIANA**   SEALED

UNITED STATES OF AMERICA
V.
ARSHAK PETROSYAN

**WARRANT FOR ARREST**

**CAUSE NUMBER:** 1:11-mj-622

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest ____ARSHAK PETROSYAN____ and bring him or her forthwith to the nearest magistrate to answer a(n)

_ Indictment   _ Information   X Complaint   _ Order of Court   _ Violation Notice   _ Probation Violation Petition

charging him or her with (brief description of offense)

knowingly and with the intent to defraud, use produce, traffic in, have control or custody of, or possesses a scanning receiver, as that defined in Title 18, United States Code, Section 1029 (e)(8),

in violation of Title  18  United States Code, Section(s)  1029(a)(8)

Kenard P. Foster
Name of Issuing Officer

United States Magistrate Judge
Title of Issuing Officer

October 27, 2011 Indianapolis, Indiana
Date and Location

_____
Signature of Issuing Officer

_____
(By) Deputy Clerk

by _____
Name of Judicial Officer

Bail fixed at $ _____

2011 OCT 31 PM 2:34   FILED U.S. DISTRICT COURT SOUTHERN DISTRICT OF INDIANA LAURA A. BRIGGS CLERK INDIANAPOLIS DIVISION

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at Hancock County Jail (IN) |

| DATE RECEIVED 10/28/11 | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST 10/28/11 | Matthew Lake / SA | |